4 A.3d 1042

John J. LYNCH, Petitioner

v.

The Honorable Frank PALUMBO, the Honorable Webster Keogh, the First Judicial District of Pennsylvania Clerk of Court, the Honorable Bernice Deangelis, the Phila. Traffic Court and the Phila. Parking Authority, Respondents.

No. 89 EM 2010.

Supreme Court of Pennsylvania.

Sept. 24, 2010.

## *ORDER*

PER CURIAM.

**AND NOW,** this 24th day of September, 2010, the Application for Leave to File Original Process and the Petition for Writ of Mandamus are **DISMISSED.** *See Commonwealth v. Reid,* 537 Pa. 167, 642 A.2d 453 (1994) (hybrid representation is improper). The Prothonotary is directed to forward the filings to counsel of record. The Prothonotary is also directed to strike the jurists' names from the caption.